

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00663-CV

**IN THE INTEREST OF C.J., JR.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02667
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED as to both parents and the motion to withdraw filed by appointed counsel is GRANTED.

SIGNED March 11, 2015.

_____
Rebeca C. Martinez, Justice